JS-6

David B. Pillemer, Esq., State Bar No. 97808
PILLEMER & PILLEMER
14431 Ventura Blvd., # 564
Sherman Oaks, California 91423
Telephone (818) 994-4321 • Facsimile (818) 994-3484
Email: dpillemer@pillemerlaw.com

Attorneys for Plaintiff
UNITED FINANCIAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>VOLVO GROUP NORTH AMERICA, LLC,<br><br>    Defendant. | Civil No.: 5:24-cv-00805-SP<br><br>Assigned for All Purposes To:<br>Magistrate Judge: Hon Sheri Pym<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE**<br><br>TRIAL DATE: 08/18/25<br>ACTION FILED: 01/16/24 |

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff's entire action against Defendants is dismissed, with prejudice, and each party is to bear its own costs and attorney fees.

IT IS SO ORDERED

Dated: May 16, 2025

_____
Hon. Sheri Pym
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE